1  PHILLIP A. TALBERT
   United States Attorney
2  ROSS PEARSON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA   93721
4  (559)  497-4000

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 5:17-MJ-00040 JLT |
|---|---|
| PLAINTIFF, | MOTION TO DISMISS COMPLAINT<br>(Fed. R. Crim. P. 48(a)) |
| V. | |
| MIGUEL COLLAZO, | |
| DEFENDANT. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Ross Pearson, Assistant United States Attorney, hereby moves to dismiss the indictment without prejudice as to MIGUEL COLLAZO.

Dated:  November 29, 2017                    PHILLIP A. TALBERT
                                             United States Attorney

                                              /s/ Ross Pearson
                                             ROSS PEARSON
                                             Assistant United States Attorney

Motion to Dismiss; [Proposed] Order                    1

1  PHILLIP A. TALBERT
   United States Attorney
2  ROSS PEARSON
   Assistant United States Attorney
3  2500 Tulare Street, Room 4401
   Fresno, CA 93721
4  (559) 497-4000

5  Attorneys for Plaintiff
   United States of America

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 5:17-MJ-00040 JLT |
|---|---|
| PLAINTIFF, | ORDER |
| V. | |
| MIGUEL COLLAZO, | |
| DEFENDANT. | |

IT IS HEREBY ORDERED that the criminal complaint in the above-entitled case be dismissed as to MIGUEL COLLAZO without prejudice.

IT IS SO ORDERED.

Dated: **November 29, 2017**    /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE